### 32167.   WEST *v.* THE STATE.

DECIDED DECEMBER 3, 1948.

*Emmett Smith,* for plaintiff in error.

*L. M. Wyatt, Solicitor-General,* contra.

MACINTYRE, P. J.   1. The ground of the defendant's demurrer to the indictment was that an indictment under Code § 26-1602 must allege, not only that the carrying away was done against the will of the parents, but also that it was done without the consent of the parents.

The crime here in question could have been committed in either way — that is, by carrying the child away against the will of the parents, or by carrying the child away without the consent of the parents.   The indictment, having alleged one of the manners in which the crime may be committed, was good against the demurrer on this ground.   *Cody* v. *State,* 118 *Ga.* 784 (45 S. E. 622); *Dowda* v. *State,* 74 *Ga.* 12; *Earnest* v. *State,* 60 *Ga. App.* 608 (4 S. E. 2d, 503).

2. The evidence authorized the verdict, and the trial court did not err in overruling the motion for a new trial.

*Judgment affirmed.   Gardner and Townsend, JJ., concur.*